Panchita **HODGERS–DURGIN, individually and on behalf of all others similarly situated; Antonio V. Lopez, individually and on behalf of all others similarly situated, Plaintiffs–Appellants,**

v.

**Gustavo DE LA VINA, in his official capacity; Ronald E. Sanders, in his official capacity; Stephen Norman, in his official capacity, Defendants–Appellees.**

No. 97–16449.

United States Court of Appeals, Ninth Circuit.

May 13, 1999.

Before: HUG, Chief Judge.

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the enbanc court pursuant to Circuit Rule 35–3. The three–judge panel opinion, *Hodgers–Durgin v. de la Vina*, 165 F.3d 667 (9th Cir.1999), is withdrawn.